# MATTHEW J. KLUGER
### ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451

> Application granted. Mr. Kluger is excused from the 12/16/2022 initial conference; and Mr. Commissiong may appear in his stead on behalf of Defendant Randy Jones for purposes of this conference.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> December 14, 2022

By ECF
Honorable Philip M. Halpern
United States Courthouse
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re: <u>United States v. Randy Johnson</u>
22 Cr. 641 (PMH)

Dear Judge Halpern:

Pursuant to the Criminal Justice Act, I was assigned to represent Randy Johnson on December 6, 2022 (Davidson, J.). An initial conference has been scheduled before your Honor for this Friday, December 13, 2022, at 9:30 a.m. Unfortunately, I have long standing plans to be out-of-state this Friday. Accordingly, and with the Court's permission, I respectfully request to be excused from Friday's appearance. Moreover, I have asked attorney Karloff Commissiong, who represents codefendant Shamell Williams, to appear at the conference on my behalf. Should this arrangement be acceptable to the Court, I will advise Mr. Johnson accordingly prior to the conference.

Thank you.

Respectfully,

/s/ *Matthew J. Kluger*
Matthew J. Kluger, Esq.

cc: Karloff Commissiong, Esq.
AUSA Jennifer N. Ong
AUSA Ryan W. Allison
AUSA Nicholas S. Bradley