UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

            -against-

RANDY JONES,

                       Defendant.
-------------------------------------------------------------X

**ORDER**

22 CR 641 (PMH)

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Court received yesterday the bail modification application letter and attachments submitted by Defendant's counsel on July 31, 2023.  As an initial matter, the request that the July 31, 2023 application letter and attachments be docketed under seal is GRANTED.

      Regarding the substance of the application, Defendant has proposed certain modifications, and as set forth in the application, the Government and Pretrial Services consent to the modifications.  Indeed, one of the modifications reflects specific feedback provided by the assigned Pretrial Services Officer.  Accordingly, the application to modify Mr. Jones's bail conditions is GRANTED as follows:

    (1) The condition that required Defendant to reside with his sister is REMOVED.

    (2) The condition that required Defendant to have no contact with Ms. Stubbs is REMOVED.

    (3) The Court hereby ADDS a new condition, which is that Defendant may not reside with Ms. Stubbs.

(4) Finally, Defendant is hereby ORDERED to communicate with the assigned Pretrial Services Officer by no later than Friday, August 11, 2023 to discuss where he intends to reside now that he is no longer required to reside with his sister.

Dated: August 9, 2023
      White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge