# MATTHEW J. KLUGER
ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451

> Application granted. 40
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         August 5, 2024

By ECF
Hon. Philip M. Halpern
United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re:    **United States v. Randy Jones**
               **22 Cr. 641(PMH)**

Dear Judge Halpern,

      Bail in this matter was set by Magistrate Judge Paul E. Davison on December 6, 2022. Conditions of Mr. Jones' release included a $100,000 bond signed by three financially responsible cosigners and secured by $10,000 cash. Jones was also ordered to surrender his passport, abide by a curfew with electronic monitoring; travel is restricted to the SDNY/EDNY/ and NDNY.

      Mr. Jones's family is meeting at the gravestone of his father for a ceremony and reunion. The event is scheduled to take place in Nashville, TN from August 30, 2024, to September 2, 2024. The defense writes now seeking a temporary travel modification in order for Mr. Jones to attend this event. Should the Court approve this request, detailed flight and hotel information will be provided to Mr. Jone's Pretrial officer.

      The Government, through AUSA Jennifer Ong, consents to this request. Pretrial Services, through Sr. Probation Officer Chelsea M. Deyo, takes no position.

      Thank you for the Court's consideration.

Respectfully Submitted,

_____
Matthew J. Kluger, Esq.

cc:    AUSA Jennifer Ong
       AUSA Ryan Allison
       Senior U.S. Probation Officer Chelsea M. Deyo