# MATTHEW J. KLUGER
ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H

18-0140

> Application granted.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        October 8, 2024

By ECF
Hon. Philip M. Halpern
United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    **United States v. Randy Jones**
            **22 Cr. 641(PMH)**

Dear Judge Halpern,

    Bail in this matter was set by Magistrate Judge Paul E. Davison on December 6, 2022. Conditions of Mr. Jones' release included a $100,000 bond signed by three financially responsible cosigners and secured by $10,000 cash. Jones was also ordered to surrender his passport, abide by a curfew with electronic monitoring; travel is restricted to the SDNY/EDNY/ and NDNY.

    On October 12, 2024, Mr. Jones's mother is celebrating her 60th birthday near her home in Charlotte, NC. Needless to say, Mr. Jones would very much like to attend this special event. Accordingly, Mr. Jones seeks permission from the Court to fly from Albany to Charlotte on October 10, 2024, and return on October 14, 2024. Should the Court approve this request, detailed flight and lodging information will be provided directly to Mr. Jones's Pretrial officer.

    The Government, through AUSA Jennifer Ong, and Pretrial Services, through Probation Officer Blake Dobraj, take no position with respect to this request and defer to the Court.

    Thank you for the Court's consideration.

                                  Respectfully Submitted,

                                  Matthew J. Kluger, Esq.

cc:    AUSA Jennifer Ong
       AUSA Ryan Allison
       U.S. Probation Officer Blake Dobraj