UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
UNITED STATES OF AMERICA

v.

RANDY JONES,

                      Defendant.
---------------------------------------------------------X

**SCHEDULING ORDER**

7:22-cr-641-2 (PMH)

      A Change of Plea Hearing is scheduled for May 1, 2025 at 11:00 a.m. in Courtroom 620 at the White Plains Courthouse.

**SO ORDERED:**

Dated: White Plains, New York
       April 16, 2025

_____
Philip M. Halpern
United States District Judge