UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA :
:
v. : **SCHEDULING ORDER**
:
RANDY JONES, :
: 7:22-cr-00641 (PMH)
Defendant. :
------------------------------------------------------------x

Due to a scheduling conflict, the Sentencing Hearing scheduled for October 23, 2025 is re-scheduled to October 29, 2025 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
August 25, 2025

_____
Philip M. Halpern
United States District Judge