# MATTHEW J. KLUGER
## ATTORNEY AT LAW

Application granted. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 365).

SO ORDERED.

_____

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        October 1, 2025

By ECF
Hon. Philip M. Halpern
United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:    **United States v. Randy Jones**
       **22 Cr. 641(PMH)**

Dear Judge Halpern,

Mr. Jones pled guilty to Count One of the above-referenced indictment on May 1, 2025. Sentencing was originally scheduled for October 23, 2025, with the defense sentencing submission "due 3 weeks prior to sentencing by October 2, 2025, and the Government's 2 weeks prior to sentencing by October 9, 2025." (5/1/2025 Dkt. entry). By subsequent Order dated August 25, 2025, the Court adjourned sentencing to October 29, 2025, at 2:30 p.m. (Doc. 357).

In light of the revised sentencing date, the defense respectfully requests that the corresponding deadlines for the parties' sentencing submissions be modified as follows:

1. Defense Sentencing Submission due on or before **October 8, 2025**
2. Government's Sentencing Submission due on or before **October 15, 2025**

The Government consents to this request.

Thank you.

Respectfully Submitted,

Matthew J. Kluger, Esq.

cc:    AUSA Jennifer Ong
       AUSA Ryan Allison
       AUSA Margaret Vasu